IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**PRISCILLA ELLIS,**

    **Petitioner,**

v.                                              Case No. 4:23-cv-316-AW-MAL

**WARDEN K. NEELY, FCI
ALICEVILLE, et al.,**

    **Respondents.**

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

I have considered the magistrate judge's September 21, 2023 report and recommendation, ECF No. 6, to which there has been no objection. I have determined the report and recommendation should be adopted, and I now incorporate it into this order. The clerk will enter a judgment that says, "The § 2241 petition is dismissed without prejudice."

The clerk will then close the file.

SO ORDERED on October 23, 2023.

                                                 s/ *Allen Winsor*
                                                 United States District Judge